UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x

ZOLTAN LEBOVITCH,

                        Plaintiff,                    **STIPULATION OF DISMISSAL**

                -against-                             **15-cv-06155**

CCB CREDIT SERVICES, INC.,

                        Defendant.

------------------------------------x

     WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

     WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

     IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against CCB CREDIT SERVICES, INC., with prejudice and without costs to any party.


ZOLTAN LEBOVITCH                          CCB CREDIT SERVICES, INC.


_____                  _____
ADAM FISHBEIN, ESQ.                      ARTHUR SANDERS. ESQ.
483 Chestnut Street                      30 South Main Street
Cedarhurst, NY  11516                    New City, NY  10956
Attorney for Plaintiff                   Attorney for Defendant