UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ZOLTAN LEBOVITCH,

                    Plaintiff,                        **STIPULATION OF DISMISSAL**

         ~against~                                           **15-cv-06155**


CCB CREDIT SERVICES, INC.,

                    Defendant.
-------------------------------------------------------------X

        WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

        WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

        IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against CCB CREDIT SERVICES, INC., with prejudice and without costs to any party.


ZOLTAN LEBOVITCH                          CCB CREDIT SERVICES, INC.



_____                  _____
ADAM FISHBEIN, ESQ.                       ARTHUR SANDERS, ESQ.
483 Chestnut Street                       30 South Main Street
Cedarhurst, NY  11516                     New City, NY  10956
Attorney for Plaintiff                    Attorney for Defendant


The application is ___ granted.
SO ORDERED        denied.

        s/ WFK

William F. Kuntz, II, U.S.D.J.
Dated: August 31, 2016
       Brooklyn, New York